UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANGELLA S. WEBB, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | CIV. NO. 2:13-02006 WBS AC<br><br>ORDER OF RECUSAL |

----oo0oo----

For the reasons stated in Santos v. Countrywide Home Loans, CIV. NO. 2:09-2642 WBS DAD, 2009 WL 5206682 (Dec. 22, 2009), the undersigned hereby recuses himself as the judge to whom this case is assigned.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

1

1   Any dates previously set in this case are hereby
2   VACATED.
3   Dated:  September 30, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2