STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
LEE I. SHERMAN (SBN 272271)
*leesherman@goodwinprocter.com*
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.:  213.426.2500
Fax.: 213.623.1673

ROBERT B. BADER (SBN 233165)
*rbader@goodwinprocter.com*
**GOODWIN PROCTER** LLP
Three Embarcadero Center, 24th Floor
San Francisco, CA  94111
Tel.:  415.733.6000
Fax.: 415.677.9041

Attorneys for Defendant:
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ANGELLA S. WEBB, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:13-cv-02006-MCE-AC<br><br>**ORDER**<br><br>Courtroom:   7<br>Judge: Hon. Morrison C. England, Jr. |

ACTIVE/80775921.1

PROPOSED ORDER                                          CASE NO. 2:13-CV-02006-MCE-AC

Upon consideration of the joint Objection to Court's 11-24-14 Pretrial Scheduling Order ("the Order") filed by plaintiff Angella S. Webb and defendant Bank of America, N.A., IT IS HEREBY ORDERED that the September 14, 2015, deadline in Paragraph V of the Order to disclose all experts each party shall tender at trial shall be modified and replaced with the following deadlines:

1. June 12, 2015 – Plaintiff shall file and serve her expert disclosures and reports on class certification issues;

2. July 13, 2015 – Defendant shall file and serve its expert disclosures and reports on class certification issues; and

3. September 14, 2015 – Expert discovery on class certification issues shall be completed.

**IT IS SO ORDERED.**

Dated: January 14, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT