STEVEN A. ELLIS (SBN 171742)
sellis@goodwinprocter.com
LEE I. SHERMAN (SBN 272271)
leesherman@goodwinprocter.com
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.:  213.426.2500
Fax.:  213.623.1673

Attorneys for Defendant:
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ANGELLA S. WEBB, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:13-cv-02006-MCE-AC<br><br>**ORDER GRANTING STIPULATION TO MODIFY PRETRIAL DISCOVERY DEADLINES**<br><br>Courtroom:  7<br>Judge:         Hon. Morrison C. England, Jr. |

# ORDER

Upon consideration of the parties' Stipulation to Modify Pretrial Discovery Deadlines ("Stipulation"),

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED. The Pretrial Discovery Deadlines are amended as follows:

| Deadline | Date |
| --- | --- |
| Fact Discovery Cut-Off on Class Certification Issues | August 13, 2015 |
| Plaintiff's Deadline to File and Serve her Expert Disclosures and Report on Class Certification Issues | November 12, 2015 |
| Bank of America's Deadline to File and Serve her Expert Disclosures and Report on Class Certification Issues | December 12, 2015 |
| Expert Discovery Cut-Off on Class Certification Issues | January 28, 2016 |

**IT IS SO ORDERED.**

Dated:  July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT