STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
LEE I. SHERMAN (SBN 272271)
*leesherman@goodwinprocter.com*
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.:  213.426.2500
Fax.: 213.623.1673

Attorneys for Defendant:
BANK OF AMERICA, N.A.

DANIEL J. MULLIGAN (SBN 103129)
 *dan@jmglawoffices.com*
**JENKINS MULLIGAN & GABRIEL LLP**
78-065 Main Street, Suite 202
La Quinta, CA 92253
Tel.: 415.982.8500
Fax: 415.982.8515

Attorney for Plaintiff:
ANGELLA S. WEBB, and the Putative Class

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ANGELLA S. WEBB, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:13-cv-02006-MCE-AC<br><br>**AMENDED STIPULATION AND ORDER TO MODIFY PRETRIAL DISCOVERY DEADLINES**<br><br>Courtroom:  7<br>Judge:        Hon. Morrison C. England, Jr. |

Plaintiff ANGELA S. WEBB ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant" or "Bank of America") (collectively referred to as the "Parties") jointly submit this Amended Stipulation to Modify Pretrial Discovery Deadlines.

WHEREAS, Plaintiff Angela S. Webb filed this putative class action against Bank of America on September 25, 2013;

WHEREAS, this Court granted in part and denied in part Bank of America's motion to dismiss Plaintiff's Complaint on December 23, 2013 (Dkt. 16);

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") on January 6, 2014 (Dkt. No. 17);

WHEREAS, Bank of America filed its Answer on January 24, 2014 (Dkt. No. 18);

WHEREAS, the Court entered a Pretrial Scheduling Order ("Scheduling Order") on November 24, 2014 (Dkt. No. 23), which directed Plaintiff to file her motion for class certification no later than November 12, 2015, identified the discovery cut-off for class-related issues as July 13, 2013, and identified the deadline for the disclosure of expert witnesses to take place on September 14, 2015;

WHEREAS, on December 5, 2014, the Parties filed a Joint Objection to Court's 11-24-14 Pretrial Scheduling Order ("Joint Objection") which requested that Plaintiff's deadline for serving her expert disclosures and reports be one month prior to the class certification motion (which should have been October 12, 2015), Bank of America's deadline for serving its expert disclosures be on the day the class certification motion is due (which should have been November 12, 2015), and expert discovery on class certification discovery be completed thereafter;

WHEREAS, instead, the Joint Objection included incorrect dates that identified the deadline for Plaintiff to serve her expert disclosures and reports as June 12, 2015, the deadline for Bank of America to serve its expert disclosures and reports as July 13, 2015, and the deadline for expert discovery on class certification issues as September 14, 2015 (the "Incorrect Dates");

1  WHEREAS, on January 14, 2015, the Court adopted the Incorrect Dates in the
2  Joint Objection as part of the case schedule (Dkt. No. 27) ("Order on the Joint
3  Objection");

4  WHEREAS, on July 17, 2014, Plaintiff served discovery requests on Bank of
5  America comprised of 20 requests for production and 11 interrogatories regarding,
6  among other things, Bank of America's policies and procedures and data for loan
7  modifications and servicing transfers;

8  WHEREAS, Bank of America responded to Plaintiff's requests for production by
9  producing documents from Plaintiff's loan files, Bank of America's policies and
10 procedures, and litigation complaints involving Bank of America, and responded to
11 Plaintiff's interrogatories on August 21, 2014, and supplemented its responses on
12 October 31, 2014 and June 15, 2015;

13 WHEREAS, Bank of America served discovery requests on Plaintiff on April 10,
14 2015, to which Plaintiff responded on June 10, 2015;

15 WHEREAS, Bank of America served a notice of deposition on Plaintiff on June 4,
16 2015 and served an amended notice of deposition on Plaintiff on June 23, 2015, and the
17 Parties agree that a deposition of Plaintiff will take place;

18 WHEREAS, Plaintiff served on Bank of America a notice of 30(b)(6) deposition on
19 June 19, 2015 ("30(b)(6) Notice") containing 36 areas of inquiry and document requests
20 with respect to those areas of inquiry, to which Bank of America served formal responses
21 and objections on July 2, 2015;

22 WHEREAS, Bank of America is in the process of investigating the 36 areas of
23 inquiry in response to Plaintiff's 30(b)(6) Notice.  Given the number of noticed topics,
24 Bank of America requires more time than is currently available under the existing
25 discovery schedule to respond to Plaintiff's 30(b)(6) Notice, and identify and prepare a
26 witness (or witnesses) for 30(b)(6) depositions;

27
28

1   WHEREAS, the Parties agree that Bank of America will provide at least one 30(b)(6) witness for a deposition, and at the present time, Bank of America intends to designate three witnesses to testify as to the topics contained in the 30(b)(6) Notice;

WHEREAS, the Parties have met and conferred several times regarding, among other things, the discovery schedule, Bank of America's Interrogatory Responses, the deposition of Plaintiff, the topics for 30(b)(6) depositions, and Bank of America's ability to collect and produce documents and data in response to Plaintiff's discovery requests;

WHEREAS, based on those meet and confers, the Parties believe that they will need until September 4, 2015 to complete and respond to discovery that Plaintiff believes is necessary for her to prepare her class certification motion, and Defendant believes is necessary to oppose the class certification motion;

WHEREAS, the Parties agree that they will have sufficient time to prepare their class certification briefing if the discovery deadlines are extended to the dates identified below;

WHEREAS, the Parties agree that it makes practical sense for Plaintiff to submit her expert report in connection with her motion for class certification, and for Bank of America to have 30 days to respond;

WHEREAS, the Parties have agreed that additional time for discovery is necessary, and that no party would be prejudiced by the below changes;

WHEREAS, the Parties are not requesting that any of the class certification briefing deadlines be changed;

WHEREAS, this is the Parties' first request for a modification to the discovery deadlines;

WHEREAS, on July 9, 2015, the Parties filed a Stipulation to Modify Pretrial Discovery Deadlines requesting a fact discovery cut-off on class certification issues of September 4, 2015 (Dkt. No. 30);

WHEREAS, on July 14, 2015, the court entered a minute order directing the Parties to file a proposed order granting the Stipulation to Modify Pretrial Discovery Deadlines (Dkt. No. 32);

WHEREAS, on July 14, 2014, the Parties filed a proposed order granting the Stipulation to Modify Pretrial Discovery Deadlines ("Proposed Order") (Dkt. No. 34);

WHEREAS, on July 20, 2015, the Court signed the Proposed Order granting the Stipulation to Modify Pretrial Discovery Deadlines (Dkt. No. 35);

WHEREAS, the Parties realized the Proposed Order incorrectly stated a fact discovery cut-off on class certification issues of August 13, 2015, which did not reflect the agreement of counsel;

WHEREAS, the Parties now file an Amended Stipulation to Modify Pretrial Discovery Deadlines and Proposed Order, containing the correct cut-off on class certification issues of September 4, 2015;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate and jointly request that the Court extend the dates set forth in the November 24, 2014 Scheduling Order, and later amended by the Order on the Joint Objection, as follows:

| Deadline | Date |
| --- | --- |
| Fact Discovery Cut-Off on Class Certification Issues | September 4, 2015 |
| Plaintiff's Deadline to File and Serve Expert Disclosures and Report on Class Certification Issues | November 12, 2015 |
| Bank of America's Deadline to File and Serve Expert Disclosures and Report on Class Certification Issues | December 12, 2015 |
| Expert Discovery Cut-Off on Class Certification Issues | January 28, 2016 |

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: | July 28, 2015 | By: /s/ Steven A. Ellis |

STEVEN A. ELLIS
sellis@goodwinprocter.com
LEE I. SHERMAN
leesherman@goodwinprocter.com
**GOODWIN PROCTER LLP**

JAMES W. MCGARRY *(pro hac vice)*
jmcgarry@goodwinprocter.com
Exchange Place
53 State Street
Boston, MA 02109
Tel.: 517.570.1000
**FAX: 617.523.1231**

Attorneys for Defendant:
BANK OF AMERICA, N.A.

Respectfully submitted,

Dated:   July 28, 2015         By:   /s/ Daniel J. Mulligan (*as authorized on July 23, 2015*)
DANIEL J. MULLIGAN (SBN 103129)
dan@jmglawoffices.com
**JENKINS MULLIGAN & GABRIEL LLP**

ERIC ANDREW MERCER (SBN 248707)
mercerlegal@me.com
**LAW OFFICE OF ERIC ANDREW MERCER**
770 L Street, Suite 950
Sacramento, CA 95814
Tel.: 916.361.6022
Fax: 916.361.6023

Attorneys for Plaintiffs:
ANGELLA S. WEBB; and the putative class

# ORDER

Upon consideration of the parties' signed Amended Stipulation to Modify Pretrial Discovery Deadlines ("Stipulation"), IT IS HEREBY ORDERED that the Stipulation is GRANTED.  The Pretrial Discovery Deadlines are amended as follows:

| Deadline | Date |
| --- | --- |
| Fact Discovery Cut-Off on Class Certification Issues | September 4, 2015 |
| Plaintiff's Deadline to File and Serve Expert Disclosures and Report on Class Certification Issues | November 12, 2015 |
| Bank of America's Deadline to File and Serve Expert Disclosures and Report on Class Certification Issues | December 12, 2015 |
| Expert Discovery Cut-Off on Class Certification Issues | January 28, 2016 |

**IT IS SO ORDERED.**

**Dated:  July 28, 2015**

_____
MORRISON C. ENGLAND, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I, Steven A. Ellis, hereby certify that a true and correct copy of the foregoing document, filed electronically through the Court's CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the EM/ECF system on July 23, 2015.

Dated: July 23, 2015                                            /s/ Steven A. Ellis
                                                                Steven A. Ellis