STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.:  213.426.2500
Fax.: 213.623.1673

Attorney for Defendant:
BANK OF AMERICA, N.A.

DANIEL J. MULLIGAN (SBN 103129)
*dan@jmglawoffices.com*
**JENKINS MULLIGAN & GABRIEL LLP**
78-065 Main Street, Suite 202
La Quinta, CA 92253
Tel:  415.982.8500
Fax: 415.982.8515

Attorney for Plaintiff:
ANGELLA S. WEBB, and the Putative Class

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ANGELLA S. WEBB, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:13-cv-02006-MCE-AC<br><br>**STIPULATION AND ORDER REGARDING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Courtroom: 7<br>Judge:     Hon. Morrison C. England, Jr. |

ACTIVE/82783588.2

STIPULATION AND ORDER
RE: CLASS CERTIFICATION HEARING        CASE NO. 2:13-CV-02006-MCE-AC

Plaintiff ANGELA S. WEBB ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant" or "Bank of America") (collectively referred to as the "Parties") jointly submit this Stipulation Regarding Hearing on Plaintiff's Motion for Class Certification.

WHEREAS, on November 24, 2014, this Court issued a Pretrial Scheduling Order, which provided that: (1) Plaintiff's Motion for Class Certification must be filed not later than November 12, 2015; (2) Defendant's Response to Plaintiff's Motion for Class Certification must be filed not later than January 14, 2016; and (3) Plaintiff's Reply in support of her Motion for Class Certification must be filed not later than February 18, 2016 (Dkt. 23 at 3).

WHEREAS, the Court's November 24, 2014 Pretrial Scheduling Order also provided that the hearing on the Motion for Class Certification is set for March 17, 2016 at 2:00 p.m. (*Id.*);

WHEREAS, on November 12, 2015, Plaintiff filed her Motion for Class Certification ("Motion"), which inadvertently noticed the hearing on the Motion for January 15, 2016 at 9:00 a.m. (Dkt. 41);

WHEREAS, on November 13, 2015, the Court issued a minute order resetting the hearing on the Motion for January 14, 2016 at 2:00 p.m. (Dkt. 43);

WHEREAS, the Court's November 13, 2015 minute order set the Motion for hearing on the same day as the deadline for Defendant's Response (January 14, 2016) and before the deadline for Plaintiff's Reply (February 18, 2016);

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate and jointly request that the Court reset the hearing on the Motion for March 17, 2016 at 2:00 p.m. in accordance with the Pretrial Scheduling Order issued on November 24, 2014.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 18, 2015          By: /s/ Alyssa A. Sussman
ALYSSA A. SUSSMAN (*pro hac vice*)
asussman@goodwinprocter.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333

JAMES W. MCGARRY (*pro hac vice*)
jmcgarry@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Tel.: 617.570.1000
Fax: 617.523.1231

STEVEN A. ELLIS
sellis@goodwinprocter.com
**GOODWIN PROCTER LLP**

Attorneys for Defendant:
BANK OF AMERICA, N.A.

Dated: November 18, 2015          By: /s/ Daniel J. Mulligan *(as authorized on November 17, 2015)*
DANIEL J. MULLIGAN (SBN 103129)
dan@jmglawoffices.com
**JENKINS MULLIGAN & GABRIEL LLP**

ERIC A. MERCER (SBN 248707)
mercerlegal@me.com
**LAW OFFICE OF ERIC ANDREW MERCER**
770 L Street, Suite 950
Sacramento, CA 95814
Tel.: 916.361.6022
Fax: 916.361.6023

Attorneys for Plaintiff:
ANGELLA S. WEBB, and the Putative Class

ACTIVE/82783588.2                                2
STIPULATION AND ORDER
RE: CLASS CERTIFICATION HEARING                  CASE NO. 2:13-CV-02006-MCE-AC

**ORDER**

Upon consideration of the parties' Stipulation Regarding Hearing on Plaintiff's Motion for Class Certification ("Stipulation"), and good cause appearing, the court adopts the Stipulation. The hearing on Plaintiff's Motion for Class Certification is now set for March 17, 2016 at 2:00 p.m. in accordance with the Pretrial Scheduling Order issued on November 24, 2014.

**IT IS SO ORDERED.**

Dated:  November 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT