STEVEN A. ELLIS (SBN 171742)
sellis@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax.: 213.623.1673

Attorney for Defendant:
BANK OF AMERICA, N.A.

DANIEL J. MULLIGAN (SBN 103129)
dan@jmglawoffices.com
**JENKINS MULLIGAN & GABRIEL LLP**
78-065 Main Street, Suite 202
La Quinta, CA 92253
Tel: 415.982.8500
Fax: 415.982.8515

Attorney for Plaintiff:
ANGELLA S. WEBB, and the Putative Class

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ANGELLA S. WEBB, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:13-cv-02006-MCE-AC<br><br>**STIPULATION AND ORDER REGARDING CLASS CERTIFICATION EXPERT DEADLINES**<br><br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr. |

1   Plaintiff ANGELA S. WEBB ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant" or "Bank of America") (collectively referred to as the "Parties") jointly submit this Stipulation Regarding Class Certification Expert Deadlines.

WHEREAS, on November 24, 2014, this Court issued a Pretrial Scheduling Order, which provided that (1) the Parties file and serve expert designations and reports not later than September 14, 2015; (2) Plaintiff's motion for class certification be filed not later than November 12, 2015; (3) Defendant's opposition to Plaintiff's motion for class certification be filed not later than January 14, 2016; (4) Plaintiff's reply be filed not later than February 18, 2016; and (5) the hearing on the motion for class certification is set for March 17, 2016 at 2:00 p.m. (Dkt. 23);

WHEREAS, on December 5, 2014, the Parties filed a Joint Objection to the November 24, 2014 Pretrial Scheduling Order requesting that expert discovery be bifurcated as between class certification issues and merits issues (rather than requiring the work of all experts, including merits experts, to be completed by September 14, 2015) (Dkt. 24);

WHEREAS, the December 5, 2014 Joint Objection requested that Plaintiff's deadline for filing and serving her expert disclosures and reports be one month prior to the class certification motion deadline (which should have been October 12, 2015), Bank of America's deadline for filing and serving its expert disclosures be on the day the class certification motion is due (which should have been November 12, 2015), and expert discovery on class certification discovery be completed thereafter on September 14, 2015 (*Id.*);

WHEREAS, instead, the Joint Objection included incorrect dates that identified the deadline for Plaintiff to file and serve her expert disclosures and reports as June 12, 2015, the deadline for Bank of America to file and serve its expert disclosures and reports as July 13, 2015, and the deadline for expert discovery on class certification issues as September 14, 2015 (the "Incorrect Dates") (*Id.*);

WHEREAS, on January 14, 2015; the Court adopted the Incorrect Dates in the Joint Objection as part of the case schedule (Dkt. 27);

WHEREAS, on July 23, 2015, the Parties filed an Amended Stipulation to Modify Pretrial Discovery Deadlines ("Amended Stipulation") in which they agreed that it made practical sense for Plaintiff to submit her expert disclosures and report concurrently with her class certification motion on November 12, 2015; that Defendant have 30 days to respond to Plaintiff's class certification expert report with its own class certification expert report on December 12, 2015; and that expert discovery on class certification issues conclude by January 28, 2016 (Dkt. 36);

WHEREAS, on July 29, 2015, the Court adopted the proposed deadlines in the Amended Stipulation (Dkt. 37);

WHEREAS, the proposed deadline for Bank of America to file and serve its expert disclosures and report on class certification issues was based on the Parties' assumption that Bank of America's class certification expert would be responding to Plaintiff's class certification expert;

WHEREAS, on November 12, 2015, Plaintiff filed her motion for class certification without an expert report (Dkt. 41);

WHEREAS, the Parties agree that it makes practical sense for Bank of America to submit its expert disclosures and report on class certification issues concurrently with its opposition to Plaintiff's motion for class certification no later than January 14, 2016, and for expert discovery on class certification issues to conclude no later than one month after that, on February 11, 2016;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate and jointly request that the Court set the deadline for Bank of America to file and serve its expert disclosures and report on class certification issues for January 14, 2016 and set the expert discovery cut-off on class certification issues for February 11, 2016.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  December 8, 2015       By:   /s/   Alyssa A. Sussman

ALYSSA A. SUSSMAN (*pro hac vice*)
*asussman@goodwinprocter.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333

JAMES W. MCGARRY *(pro hac vice)*
*jmcgarry@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Tel.: 617.570.1000
Fax: 617.523.1231

STEVEN A. ELLIS
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant:
BANK OF AMERICA, N.A.

Dated:  December 8, 2015       By:   /s/   Daniel J. Mulligan (with permission)
DANIEL J. MULLIGAN (SBN 103129)
*dan@jmglawoffices.com*
**JENKINS MULLIGAN & GABRIEL LLP**

ERIC A. MERCER (SBN 248707)
*mercerlegal@me.com*
**LAW OFFICE OF ERIC ANDREW MERCER**
770 L Street, Suite 950
Sacramento, CA 95814
Tel.: 916.361.6022
Fax: 916.361.6023

Attorneys for Plaintiffs:
ANGELLA S. WEBB; and the putative class

ACTIVE/82783588.2                                  3

STIPULATION AND ORDER
RE: CLASS CERTIFICATION EXPERT DEADLINES                    CASE NO. 2:13-CV-02006-MCE-AC

# ORDER

Upon consideration of the parties' Stipulation Regarding Class Certification Expert Deadlines ("Stipulation"), and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED. The deadline for Bank of America to file and serve its expert disclosures and report on class certification issues is set for January 14, 2016. The expert discovery cut-off on class certification issues is set for February 11, 2016. All other dates established by the operative Pretrial Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated: December 8, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT