STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax.: 213.623.1673

Attorney for Defendant:
BANK OF AMERICA, N.A.

ERIC A. MERCER (SBN 248707)
*mercerlegal@me.com*
**LAW OFFICE OF ERIC ANDREW MERCER**
770 L Street, Suite 950
Sacramento, CA 95814
Tel.: 916.361.6022
Fax: 916.361.6023

Attorney for Plaintiff:
ANGELLA S. WEBB, and the Putative Class

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ANGELLA S. WEBB, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:13-cv-02006-MCE-AC<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION TO CERTIFY CLASS, FILE AMENDED COMPLAINT, AND PROPOSE DEADLINES FOR THE INDIVIDUAL ACTION**<br><br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr. |

ACTIVE/82783588.2

STIPULATION AND ORDER
TO WITHDRAW MOTION TO CERTIFY CLASS                                                                   CASE NO. 2:13-CV-02006-MCE-AC

Plaintiff ANGELA S. WEBB ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant" or "Bank of America") (collectively referred to as the "Parties") jointly submit this Stipulation to Withdraw Motion to Certify Class, File Amended Complaint, and Propose Deadlines for the Individual Action ("Stipulation").

WHEREAS, on September 25, 2013, Plaintiff filed her putative class action complaint (Dkt. 1);

WHEREAS, on January 6, 2014, Plaintiff filed her First Amended Complaint (Dkt. 17);

WHEREAS, on September 4, 2015, fact discovery on class certification issues concluded (Dkt. 37);

WHEREAS, on November 12, 2015 Plaintiff filed her Motion to Certify Class (Dkt. 41);

WHEREAS, Defendant's Opposition to Plaintiff's Motion to Certify Class is due on January 14, 2016;

WHEREAS, a hearing on the Motion to Certify Class is set for March 17, 2016 (Dkt. 45);

WHEREAS, Plaintiff desires to withdraw her Motion to Certify Class and proceed with the action on an individual basis;

WHEREAS, the Parties agree that (1) Plaintiff hereby withdraws her Motion to Certify Class; (2) within twenty (20) days of an order from the Court granting the Parties' Stipulation, Plaintiff will file an amended complaint that removes the class allegations and is otherwise substantively identical to the First Amended Complaint filed on January 6, 2014; and (3) within sixty (60) days of an order from the Court granting the Parties' Stipulation, the Parties will propose a schedule for the individual action going forward;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate and jointly request that the Court:

1. Deem Plaintiff's Motion to Certify Class withdrawn;

2. Vacate the hearing set for March 17, 2016 on the Motion to Certify Class;

1  3. Order that within twenty (20) days, Plaintiff will file an amended complaint
2  that removes the class allegations and is otherwise substantively identical to the First
3  Amended Complaint filed on January 6, 2014;

4  4. Order that within sixty (60) days, the Parties submit a joint status statement
5  proposing a schedule for the individual action going forward.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:   January 19, 2016        By:   /s/   Alyssa A. Sussman

ALYSSA A. SUSSMAN (*pro hac vice*)
*asussman@goodwinprocter.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333

JAMES W. MCGARRY *(pro hac vice)*
*jmcgarry@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Tel.: 617.570.1000
Fax: 617.523.1231

STEVEN A. ELLIS
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant:
BANK OF AMERICA, N.A.


| | |
|---|---|
| Dated: January 19, 2016 | By: /s/ Eric A. Mercer (with permission)<br>ERIC A. MERCER (SBN 248707)<br>mercerlegal@me.com<br>**LAW OFFICE OF ERIC ANDREW MERCER**<br><br>DANIEL J. MULLIGAN (SBN 103129)<br>dan@jmglawoffices.com<br>**JENKINS MULLIGAN & GABRIEL LLP**<br>78-065 Main Street, Suite 202<br>La Quinta, CA 92253<br>Tel: 415.982.8500<br>Fax: 415.982.8515<br><br>Attorneys for Plaintiffs:<br>ANGELLA S. WEBB; and the putative class |

## ORDER

Upon consideration of the Parties' Stipulation to Withdraw Motion to Certify Class ("Stipulation"), and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED

**IT IS FURTHER ORDERED** that:

1. Plaintiff's Motion to Certify Class is stricken;

2. The hearing set for March 17, 2016 on the Motion to Certify Class is vacated;

3. Within twenty (20) days, Plaintiff shall file an amended complaint that removes the class allegations and is otherwise substantively identical to the First Amended Complaint filed on January 6, 2014;

4. Within sixty (60) days, the Parties shall submit a joint status statement proposing a schedule for the individual action going forward.

**IT IS SO ORDERED.**

DATED: JANUARY 19, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

STIPULATION AND ORDER
TO WITHDRAW MOTION TO CERTIFY CLASS