DANIEL J. MULLIGAN, SBN 103129
JENKINS MULLIGAN & GABRIEL LLP
4079 Governor Drive, #5015
San Diego, CA 92122
Telephone:    (858) 529-2372
Email: dan@jmglawoffices.com

ERIC ANDREW MERCER, SBN 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street Suite 950
Sacramento, CA 95814
Telephone:    (916) 361-6022
Facsimile:    (916) 361-6023
Email: eric@ericmercerlaw.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANGELLA S. WEBB, individually, on behalf of all others similarly situated, and on behalf of the general public;<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 2:13-cv-02006-MCE-AC<br><br>**ORDER TO UNSEAL ORDER FOR LIMITED PURPOSE (Dkt. No. 77)** |

Having read and considered the *Ex Parte* Request to Unseal Order (ECF No. 82), and good cause appearing,

The Order (ECF No. 77) granting Defendant's request to enforce settlement agreement is unsealed for the limited purpose of disclosure to the State Bar of California.

IT IS SO ORDERED.

DATED: December 27, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1

ORDER TO UNSEAL